CARMEN GRASSO, JR., *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JULIA A. BORGMEYER, DEFENDANT-PETITIONER.

*Messrs. Bleakly, Stockwell & Zink* for the petitioner.

*Mr. William B. Knight* and *Mr. I. V. DiMartino* for the respondents.

December 20, 1954.   Denied.

PHILOMENA MAGGIO GAGLIANO, PLAINTIFF-RESPOND-ENT, v. ROSE MAGGIO, DEFENDANT-PETITIONER.

See same case below: 32 *N. J. Super.* 219.

*Messrs. Parnell & Krueger* for the petitioner.

*Mr. Frank B. Bozza* for the respondent.

December 20, 1954.   Denied.